NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HAINES CITY HMA, LLC d/b/a HEART )
OF FLORIDA REGIONAL MEDICAL )
CENTER, )
                                     )
           Appellant/Cross-Appellee, )      Case Nos. 2D18-2498
                                      )                         2D18-2066
v. )
                                      )      CONSOLIDATED
PATRICIA WISE-YOUNGREN, )
                                      )
           Appellee/Cross-Appellant. )
_____ )

Opinion filed November 6, 2019.

Appeals from the Circuit Court for Polk
County; Sharon M. Franklin, Acting Circuit
Judge.

Marc James Ayers and Rachel A. Conry of
Bradley Arant Boult Cummings LLP,
Birmingham, Alabama; and Alysa J. Ward
of Bradley Arant Boult Cummings LLP,
Tampa, for Appellant/Cross-Appellee.

Dinah S. Stein and Amanda Forti of Hicks,
Porter, Ebenfeld & Stein, P.A., Miami; and
Michael A. Petruccelli and Kathleen O. King
of Petruccelli Law, Fort Lauderdale, for
Appellee/Cross-Appellant.

PER CURIAM.

           Affirmed.

CASANUEVA, LaROSE and SALARIO, JJ., Concur.